**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00303-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TRACY MORGAN,
      a/k/a "Tre Dog,"

      Defendant.

## MINUTE ORDER[1]

On **June 25, 2012**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to set a sentencing date for the above named defendant. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  June 22, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.