## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 11-cr-00303-REB-1
Civil Case No. 15-cv-01480-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  TRACY MORGAN,
     a/k/a "Tre Dog,"

     Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on defendant's *pro se* **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody** [#335][1] filed July 13. 2015. For the reasons stated below, defendant will be ordered to file an amended § 2255 motion.

The court has reviewed the § 2255 motion and finds that the motion does not comply with the Rules Governing Section 2255 Proceedings for the United States District Courts because defendant fails to allege specific facts in support of his claims that demonstrate his rights have been violated. Pursuant to Rule 2(b)(2), Defendant must "state the facts supporting each ground." The habeas corpus rules are more

---

[1] [#335] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

demanding than the rules applicable to ordinary civil actions, which require only notice pleading. *See Mayle v. Felix*, 545 U.S. 644, 655 (2005) (discussing identical rules applicable to 28 U.S.C. § 2254 applications). Naked allegations of constitutional violations are not cognizable. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

**THEREFORE, IT IS ORDERED** as follows:

1. That movant shall have **thirty (30) days from the date of this order** to file an amended § 2255 motion that complies with the requirements specified in this order;

2. That the § 2255 motion (#335) filed July 13, 2015, will be denied without further notice if defendant fails to file an amended § 2255 motion within the time allowed.

Dated July 15, 2015, at Denver, Colorado.

                                                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge