**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00303-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TRACY MORGAN,
      a/k/a "Tre Dog,"

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the defendant's **Motion for Clarification of Court Order Dated July 15, 2015, and Extension of Time To File Memorandum of Law in Support of Motion To Vacate** [#337][2] filed August 17, 2015.  After careful review of the motion and the file, the court concludes that the motion should be denied in part and granted in part.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the motion for clarification is denied because the initial order is clear and unambiguous;

      2.  That the motion for extension of time to file is granted, but only as to the filing an amended 2255 motion, not a memorandum of law in support of the initial 2255 motion, which the court found to be insufficient, see Order [#336] filed July 15, 2015; and

      3.  That the defendant may file an amended motion seeking relief under 28 U.S.C. 2255 by August 30, 2015.

      Dated:  August 19, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#337]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.